IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ECLIPSE SPORTWIRE,<br><br>          Plaintiff,<br><br>v.<br><br>RELIABLE COMPUTER PROFESSIONALS, INC. d/b/a ELEGANT HORSE PICTURES, PATRICK M. MOONEY, and FANATICS, INC.<br><br>          Defendants. | Case no.: 22-cv-02335-SPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court for consideration of a Motion to Dismiss filed by plaintiff Eclipse Sportswire. (Doc. 84).

**IT IS ORDERED AND ADJUDGED** that said Motion was GRANTED; therefore, all claims in the action, shall be **DISMISSED without prejudice,** with each party to bear its own costs and attorney's fees.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: <u>March 21, 2024</u>

                                              MONICA A. STUMP,
                                              Clerk of Court


                                              By: <u>s/ *Jackie Muckensturm*</u>
                                              Deputy Clerk


**APPROVED:** <u>s/*Stephen P. McGlynn*</u>